**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **DUPONT STREET DEVELOPERS LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-5660883** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **49-55 Dupont Street**<br>**Brooklyn, NY 11222**<br>Number, Street, City, State & ZIP Code | **87-10 Queens Blvd., 1st Floor**<br>**Elmhurst, NY 11373**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Kings**<br>County | **Location of principal assets, if different from principal place of business**<br>**49-55 Dupont Street Brooklyn, NY 11222**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **DUPONT STREET DEVELOPERS LLC**                                    Case number *(if known)* _____
_____
Name

**7.  Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **5313**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | **Eastern District of New York** | When | **5/31/18** | Case number | **18-43217-cec** |
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | **Clay Riverview LLC** | | Relationship | **Affiliate** |
| | District | **Eastern District of New York** | When | **1/21/20** | Case number, if known | **20-40381** |

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 2

Debtor  **DUPONT STREET DEVELOPERS LLC**
Name

Case number (*if known*)

Debtor __DUPONT STREET DEVELOPERS LLC_____  Case number (*if known*) _____
     Name

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **DUPONT STREET DEVELOPERS LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 17, 2021**
MM / DD / YYYY

**X** /s/ Bo Jin Zhu
Signature of authorized representative of debtor

**Bo Jin Zhu**
Printed name

Title    **Manager**

**18. Signature of attorney**

**X** /s/ A. MITCHELL GREENE
Signature of attorney for debtor

Date **March 17, 2021**
MM / DD / YYYY

**A. MITCHELL GREENE**
Printed name

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
Firm name

**875 THIRD AVENUE**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 603-6300**    Email address

Bar number and State

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

In re:                                                      Chapter 11

**DUPONT STREET DEVELOPERS, LLC,**            Case No.:

                                    Debtor.
----------------------------------------------------------X

<u>**CERTIFICATION OF RESOLUTION**</u>

I, the undersigned, Bo Jin Zhu, as manager of Dupont Street Developers, LLC (the

"Company"), do hereby certify that at a meeting of the Company duly called and held on **March**

**2, 2021**, the following resolutions were adopted and recorded in the Minute Book of the

Company, and they have not been modified or rescinded, and are still in full force and effect:

> **"RESOLVED,** that in the judgment of the Company it is desirable and in the best interest of the Company, its creditors, partners and other interested parties, that a petition be filed by the Company for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

> **"RESOLVED,** that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that Mark Bobb, as managing member of the Company, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Eastern District of New York at such time as he shall determine; and it is further

> **"RESOLVED,** that Mark Bobb, as managing member of the Company, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to take any and all other actions which he may deem necessary or proper in connection with such Chapter 11 case, and, in that connection, that the firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C. be retained and employed as legal counsel for the Company under a general retainer, in addition to such special counsel as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case."

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Company this

2nd day of **March, 2021**.

**DUPONT STREET DEVELOPERS, LLC**

By:   /s/ Bo Jin Zhu
**BO JIN ZHU**
**MANAGER**

652181

**Fill in this information to identify the case:**

Debtor name    **DUPONT STREET DEVELOPERS LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 17, 2021**     X **/s/ Bo Jin Zhu**
                                      Signature of individual signing on behalf of debtor

                                        **Bo Jin Zhu**
                                        Printed name

                                        **Manager**
                                        Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **DUPONT STREET DEVELOPERS LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Baker & Hostetler 45 Rockefeller Plaza New York, NY 10111** | | | | | | **$7,500.00** |
| **Becker, Glynn, Muffly, Chassin & Hosinski LLP 299 Park Ave New York, NY 10171** | | | | | | **$113,857.55** |
| **DuPont Realty NY LLC 199 Lee Avenue PO Box 693 Brooklyn, NY 11211** | | **Deposit for Contract of Sale** | **Disputed** | | | **$3,000,000.00** |
| **Haley & Aldrich of NY 237 West 35th Street 16th Floor New York, NY 10123** | | | | | | **$87,637.50** |
| **Interior Development Consulting LLC 92 Eagle St., #2R Brooklyn, NY 11222** | | | | | | **$650,000.00** |
| **Jeffrey P. Sharkey PLLC 2564 Aster Place South Westbury, NY 11590** | | | | | | **$123,194.50** |
| **NYC DEPT. OF FINANCE 345 ADAMS STREET, 3RD FL. ATTN:  LEGAL AFFAIRS Brooklyn, NY 11201** | | | | | | **$23,558.63** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name    **DUPONT STREET DEVELOPERS LLC** |
| United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $    **57,125,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $    **0.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................    $    **57,125,000.00**

### Part 2:    Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **54,919,983.36**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $    **23,558.63**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$    **3,982,189.55**

4.    **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b    $    **58,925,731.54**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**DUPONT STREET DEVELOPERS LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor       Current value of debtor's interest

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

Debtor    **DUPONT STREET DEVELOPERS LLC**_____    Case number *(If known)* _____
                          Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description of location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Premisis at 49-55 Dupont Street, Brooklyn, NY - Tax Block 2487, Tax Lots 1, 10, 12, 17, 18, 20, 21, 57, 72 & 78. (Value Subject to Appraisal by a Court of Competent Jurisdiction. Based upon current contract of sale.)** | | **$0.00** | | **$57,125,000.00** |

56.    **Total of Part 9.**                                                                                    | **$57,125,000.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor    **DUPONT STREET DEVELOPERS LLC**    Case number *(If known)* _____
          Name

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 11:</td><td>**All other assets**</td></tr>
</table>

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **DUPONT STREET DEVELOPERS LLC**
        Name

Case number *(if known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88.  **Real property.** *Copy line 56, Part 9* ..........................................................................> | | $57,125,000.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91.  **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $57,125,000.00 |
| 92.  **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $57,125,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name  **DUPONT STREET DEVELOPERS LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1**  **DuPont Street 1 LLC**<br>Creditor's Name<br><br>**c/o Jerold C. Feuerstein**<br>**Kriss & Feuerstein LLP**<br>**360 Lexington Ave, #1200**<br>**New York, NY 10017**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Premisis at 49-55 Dupont Street, Brooklyn, NY  - Tax Block 2487, Tax Lots 1, 10, 12, 17, 18, 20, 21, 57, 72 & 78. (Value Subject to Appraisal by a Court of Competent Jurisdiction. Based upon current contract of sale.)** | **$54,230,788.54** | **$57,125,000.00** |

Describe the lien
**First Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2**  **Environmental Cont. Board**<br>Creditor's Name<br><br>**OATH Hearings Division**<br>**Church Street Station**<br>**P.O. Box 4466**<br>**New York, NY 10261-4466**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | $1,456.65 | $0.00 |

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **DUPONT STREET DEVELOPERS LLC**
　　　　　Name                                              Case number (if known) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Goldberg Zonio & Assoc.** | Describe debtor's property that is subject to a lien | $367,435.65 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**of New York
c/o Linton Robinson Higgi
80 Maiden Lane, Ste 1006
New York, NY 10030-8000**
Creditor's mailing address

Describe the lien
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **New York City Department** | Describe debtor's property that is subject to a lien | $162,770.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**of Transportation
55 Water Street, 4th Fl.
New York, NY 10041**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **New York City Water Board** | Describe debtor's property that is subject to a lien | $7,532.52 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Dept. of Environmental Pr
59-17 Junction Blvd.
8th Flr.
Elmhurst, NY 11373**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

Debtor   **DUPONT STREET DEVELOPERS LLC**                                   Case number (if known) _____
_____
Name

| Creditor's mailing address | **Describe the lien** |
|---|---|

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **New York State Dept of** | **Describe debtor's property that is subject to a lien** | $150,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Environmental Conserv.**
**625 Broadway**
**Albany, NY 12233-0001**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $54,919,983.36 |
|---|---|---|

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Div. of Environ. Rem.**<br>**NYS Dept of Env. Conserv.**<br>**47-40 21st Street**<br>**Long Island City, NY 11101** | Line  **2.2** | |

---

**Fill in this information to identify the case:**

Debtor name   **DUPONT STREET DEVELOPERS LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,558.63 | $23,558.63 |
|---|---|---|---|---|
| | **NYC DEPT. OF FINANCE** | *Check all that apply.* | | |
| | **345 ADAMS STREET, 3RD FL.** | ☐ Contingent | | |
| | **ATTN:  LEGAL AFFAIRS** | ☐ Unliquidated | | |
| | **Brooklyn, NY 11201** | ☐ Disputed | | |

Date or dates debt was incurred _____        Basis for the claim: _____

Last 4 digits of account number _____        Is the claim subject to offset?

Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)        ☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **49 Dupont Loft LLC** | | |
| | **c/o John Lonuzzi, Esq.** | ☐ Contingent | |
| | **Lonuzzi & Woodland, LLP** | ☐ Unliquidated | |
| | **60 Sackett St., Ste. 2002** | ■ Disputed | |
| | **Brooklyn, NY 11231** | | |

Date(s) debt was incurred __        Basis for the claim:  **FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number __        Is the claim subject to offset?  ■ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **49 Dupont Realty Corp** | | |
| | **c/o Salber LLC** | ■ Contingent | |
| | **18 Columbia Turnpike** | ☐ Unliquidated | |
| | **Suite 200** | ☐ Disputed | |
| | **Florham Park, NJ 07932-2266** | | |

Date(s) debt was incurred __        Basis for the claim:  **FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number __        Is the claim subject to offset?  ■ No   ☐ Yes

Debtor    **DUPONT STREET DEVELOPERS LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |

3.3 · **Nonpriority creditor's name and mailing address**

**94-28 Realty Inc**
**94-28 51 Avenue**
**Elmhurst, NY 11373**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  FOR NOTICE PURPOSES ONLY 

Is the claim subject to offset? ☑ No  ☐ Yes

---

3.4 · **Nonpriority creditor's name and mailing address**

**Abraham Leser**
**c/o Goldberg Weprin**
**Finkel Goldstein LLP**
**1501 Broadway, 22nd Floor**
**New York, NY 10036**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  FOR NOTICE PURPOSES ONLY 

Is the claim subject to offset? ☑ No  ☐ Yes

---

3.5 · **Nonpriority creditor's name and mailing address**

**Baker & Hostetler**
**45 Rockefeller Plaza**
**New York, NY 10111**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    $7,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

---

3.6 · **Nonpriority creditor's name and mailing address**

**Becker, Glynn, Muffly,**
**Chassin & Hosinski LLP**
**299 Park Ave**
**New York, NY 10171**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    $113,857.55
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

---

3.7 · **Nonpriority creditor's name and mailing address**

**Biao Chen**
**82-17 Street St James Ave**
**Elmhurst, NY 11373**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  FOR NOTICE PURPOSES ONLY 

Is the claim subject to offset? ☑ No  ☐ Yes

---

3.8 · **Nonpriority creditor's name and mailing address**

**Chaim Miller**
**c/o John Lonuzzi, Esq.**
**Lonuzzi & Woodland, LLP**
**60 Sackett St., Ste. 2002**
**Brooklyn, NY 11231**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  FOR NOTICE PURPOSES ONLY 

Is the claim subject to offset? ☑ No  ☐ Yes

---

3.9 · **Nonpriority creditor's name and mailing address**

**DuPont Realty NY LLC**
**199 Lee Avenue**
**PO Box 693**
**Brooklyn, NY 11211**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    $3,000,000.00
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Deposit for Contract of Sale 

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **DUPONT STREET DEVELOPERS LLC** | Case number (if known) | |
|--------|-----------------------------------|------------------------|--|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**DuPont Street 2 LLC**
**c/o Jerold C. Feuerstein**
**Kriss & Feuerstein LLP**
**360 Lexington Ave, #1200**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Freddie Barber**
**c/o Noah Katz, Esq.**
**Wingate Russotti Shapiro**
**420 Lexington Ave.- #2750**
**New York, NY 10170**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim: FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,637.50 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Haley & Aldrich of NY**
**237 West 35th Street**
**16th Floor**
**New York, NY 10123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Hancock Eastbrook, LLP**
**1500 AXA Tower I**
**100 Madison Street**
**Syracuse, NY 13202**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim: FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650,000.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Interior Development**
**Consulting LLC**
**92 Eagle St., #2R**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**INTERNAL REVENUE SERVICE**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123,194.50 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Jeffrey P. Sharkey PLLC**
**2564 Aster Place South**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **DUPONT STREET DEVELOPERS LLC**
_____    Case number (if known) _____
Name

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------|--------|--------|

**Lu Yu Yun**
**23 Elmwood Street**
**Valley Stream, NY 11581**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**NEW YORK STATE DEPT. OF**
**FINANCE**
**ATTN:  BANKRUPTCY SPECIAL**
**PO BOX 5300**
**Albany, NY 12205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**NYCTL 2018-A TRUST**
**c/o Yan Borodanski, Esq.**
**Bronster, LLP**
**156 W. 56th St., Ste 1801**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ODA Architecture P.C.**
**250 Park Ave. South**
**Third Floor**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Peter Shunhuang Zhuang**
**138-35 39th Ave**
**#7J**
**Flushing, NY 11354**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**The Bank of NY Mellon**
**c/o Yan Borodanski, Esq.**
**Bronster, LLP**
**156 W. 56th St., Ste 1801**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Wan Bin Lu**
**c/o Janet N. Esagoff, Esq**
**Esagoff Law Group, P.C.**
**10 Bond Street, Suite 118**
**Great Neck, NY 11021**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **DUPONT STREET DEVELOPERS LLC**                          Case number (if known) _____
      Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Xlu Qin Shi**
**94-21 51 Avenue**
**Elmhurst, NY 11373**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ya Ying Jiang**
**45-22 220 Street**
**Bayside, NY 11361**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Yuk Chu Chan**
**134-54 Maple Avenue**
**Flushing, NY 11355**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CORP. COUNSEL FOR NYC**<br>**100 CHURCH STREET**<br>**New York, NY 10007** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **OFFICE OF THE ATTORNEY GE**<br>**28 Liberty St.**<br>**New York, NY 10005** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **US ATTY OFFICE - EDNY**<br>**BANKRUPTCY PROCESSING**<br>**271-A CADMAN PLAZA EAST**<br>**ATTN:  ARTEMIS LEKAKIS**<br>**Brooklyn, NY 11201** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 23,558.63 |
| 5b. Total claims from Part 2 | 5b. + | $ 3,982,189.55 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ 4,005,748.18 |

Fill in this information to identify the case:

Debtor name    **DUPONT STREET DEVELOPERS LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | **Contract of Sale - Office, Commercial and Multi-Family Residential Premises Terminated as of 3/16/2021** |

**DuPont Realty NY LLC**
**199 Lee Avenue**
**PO Box 693**
**Brooklyn, NY 11211**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name          **DUPONT STREET DEVELOPERS LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1    **Bo Jin Zhu** | **8710 Queens Blvd**<br>**Floor 1**<br>**Elmhurst, NY 11373** | **DuPont Street 1 LLC** | ■ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re    **DUPONT STREET DEVELOPERS LLC**

Case No. _____

Debtor(s)    Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 4,238.00 |
| Prior to the filing of this statement I have received | $ | 4,238.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 17, 2021**
_____
*Date*

/s/ A. MITCHELL GREENE
_____
**A. MITCHELL GREENE**
*Signature of Attorney*
**ROBINSON BROG LEINWAND GREENE GENOVESE &**
**GLUCK P.C.**
**875 THIRD AVENUE**
**New York, NY 10022**
**(212) 603-6300**
_____
*Name of law firm*

---

# United States Bankruptcy Court
## Eastern District of New York

In re    __DUPONT STREET DEVELOPERS LLC__           Case No.    _____

                               Debtor(s)       Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Clay Riverview LLC**<br>**87-10 Queens Blvd.**<br>**1st Floor**<br>**Elmhurst, NY 11373** | | **100%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __March 17, 2021__             Signature   __/s/ Bo Jin Zhu__

                                                        **Bo Jin Zhu**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of New York

In re    **DUPONT STREET DEVELOPERS LLC**            Case No. _____

                         Debtor(s)           Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **March 17, 2021**                     **/s/ Bo Jin Zhu**

                                          **Bo Jin Zhu**/**Manager**
                                          Signer/Title

Date:    **March 17, 2021**                     **/s/ A. MITCHELL GREENE**

                                          Signature of Attorney
                                          **A. MITCHELL GREENE**
                                          **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
                                          **875 THIRD AVENUE**
                                          **New York, NY 10022**
                                          **(212) 603-6300**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

49 Dupont Loft LLC
c/o John Lonuzzi, Esq.
Lonuzzi & Woodland, LLP
60 Sackett St., Ste. 2002
Brooklyn, NY 11231


49 Dupont Realty Corp
c/o Salber LLC
18 Columbia Turnpike
Suite 200
Florham Park, NJ 07932-2266


94-28 Realty Inc
94-28 51 Avenue
Elmhurst, NY 11373


Abraham Leser
c/o Goldberg Weprin
Finkel Goldstein LLP
1501 Broadway, 22nd Floor
New York, NY 10036


Baker & Hostetler
45 Rockefeller Plaza
New York, NY 10111


Becker, Glynn, Muffly,
Chassin & Hosinski LLP
299 Park Ave
New York, NY 10171


Biao Chen
82-17 Street St James Ave
Elmhurst, NY 11373


Bo Jin Zhu
8710 Queens Blvd
Floor 1
Elmhurst, NY 11373


Chaim Miller
c/o John Lonuzzi, Esq.
Lonuzzi & Woodland, LLP
60 Sackett St., Ste. 2002
Brooklyn, NY 11231

```
CORP. COUNSEL FOR NYC
100 CHURCH STREET
New York, NY 10007


Div. of Environ. Rem.
NYS Dept of Env. Conserv.
47-40 21st Street
Long Island City, NY 11101


DuPont Realty NY LLC
199 Lee Avenue
PO Box 693
Brooklyn, NY 11211


DuPont Street 1 LLC
c/o Jerold C. Feuerstein
Kriss & Feuerstein LLP
360 Lexington Ave, #1200
New York, NY 10017


DuPont Street 2 LLC
c/o Jerold C. Feuerstein
Kriss & Feuerstein LLP
360 Lexington Ave, #1200
New York, NY 10017


Environmental Cont. Board
OATH Hearings Division
Church Street Station
P.O. Box 4466
New York, NY 10261-4466


Freddie Barber
c/o Noah Katz, Esq.
Wingate Russotti Shapiro
420 Lexington Ave.- #2750
New York, NY 10170


Goldberg Zonio & Assoc.
of New York
c/o Linton Robinson Higgi
80 Maiden Lane, Ste 1006
New York, NY 10030-8000
```

Haley & Aldrich of NY
237 West 35th Street
16th Floor
New York, NY 10123


Hancock Eastbrook, LLP
1500 AXA Tower I
100 Madison Street
Syracuse, NY 13202


Interior Development
Consulting LLC
92 Eagle St., #2R
Brooklyn, NY 11222


INTERNAL REVENUE SERVICE
PO BOX 7346
Philadelphia, PA 19101-7346


Jeffrey P. Sharkey PLLC
2564 Aster Place South
Westbury, NY 11590


Lu Yu Yun
23 Elmwood Street
Valley Stream, NY 11581


New York City Department
of Transportation
55 Water Street, 4th Fl.
New York, NY 10041


New York City Water Board
Dept. of Environmental Pr
59-17 Junction Blvd.
8th Flr.
Elmhurst, NY 11373


New York State Dept of
Environmental Conserv.
625 Broadway
Albany, NY 12233-0001

NEW YORK STATE DEPT. OF
FINANCE
ATTN: BANKRUPTCY SPECIAL
PO BOX 5300
Albany, NY 12205


NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN: LEGAL AFFAIRS
Brooklyn, NY 11201


NYCTL 2018-A TRUST
c/o Yan Borodanski, Esq.
Bronster, LLP
156 W. 56th St., Ste 1801
New York, NY 10019


ODA Architecture P.C.
250 Park Ave. South
Third Floor
New York, NY 10003


OFFICE OF THE ATTORNEY GE
28 Liberty St.
New York, NY 10005


Peter Shunhuang Zhuang
138-35 39th Ave
#7J
Flushing, NY 11354


The Bank of NY Mellon
c/o Yan Borodanski, Esq.
Bronster, LLP
156 W. 56th St., Ste 1801
New York, NY 10019


US ATTY OFFICE - EDNY
BANKRUPTCY PROCESSING
271-A CADMAN PLAZA EAST
ATTN: ARTEMIS LEKAKIS
Brooklyn, NY 11201

Wan Bin Lu
c/o Janet N. Esagoff, Esq
Esagoff Law Group, P.C.
10 Bond Street, Suite 118
Great Neck, NY 11021


XIu Qin Shi
94-21 51 Avenue
Elmhurst, NY 11373


Ya Ying Jiang
45-22 220 Street
Bayside, NY 11361


Yuk Chu Chan
134-54 Maple Avenue
Flushing, NY 11355

# United States Bankruptcy Court
## Eastern District of New York

In re    **DUPONT STREET DEVELOPERS LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **DUPONT STREET DEVELOPERS LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 17, 2021**

Date

/s/ **A. MITCHELL GREENE**

**A. MITCHELL GREENE**

Signature of Attorney or Litigant

Counsel for   **DUPONT STREET DEVELOPERS LLC**

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**

**875 THIRD AVENUE**
**New York, NY 10022**
**(212) 603-6300**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

**STATEMENT PURSUANT TO LOCAL
BANKRUPTCY RULE 1073-2(b)**

**DEBTOR(S):**   DUPONT STREET DEVELOPERS LLC          **CASE NO.:**. _____

　　　　Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:   **18-43217-cec**    JUDGE: DISTRICT/DIVISION:   **Eastern District of New York**

CASE STILL PENDING (Y/N):    **N**            [*If closed*] Date of closing:

　CURRENT STATUS OF RELATED CASE: _____
　　　　　　　　　　　　　　　　　(Discharged/awaiting discharge, confirmed, dismissed, etc.)

　MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:   **Prior Filing  5/31/2018**

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

2. CASE NO.:   **20-40381**    JUDGE:   **Nancy H. Lord**    DISTRICT/DIVISION:   **Eastern District of New York**

DEBTOR NAME:   **Clay Riverview LLC**

CASE STILL PENDING (Y/N):    **Y**            [*If closed*] Date of closing:

　CURRENT STATUS OF RELATED CASE: _____
　　　　　　　　　　　　　　　　　(Discharged/awaiting discharge, confirmed, dismissed, etc.)

　MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:   **Affiliate**

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

3. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
                                        *(Discharged/awaiting discharge, confirmed, dismissed, etc.)*

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

**/s/ A. MITCHELL GREENE**
_____
**A. MITCHELL GREENE**
Signature of Debtor's Attorney
**ROBINSON BROG LEINWAND GREENE GENOVESE &**
**GLUCK P.C.**
**875 THIRD AVENUE**
**New York, NY 10022**
**(212) 603-6300**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise
result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
IN RE:    **DUPONT STREET DEVELOPERS LLC**

Debtor(s)
-----------------------------------------------X

Chapter    **11**

Case No.:

<u>STATEMENT PURSUANT TO LOCAL RULE 2017</u>

I, **A. MITCHELL GREENE**, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
| | Initial interview, analysis of financial condition, etc. |
| | Preparation and review of Bankruptcy petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $ __4,238.00__ .

Dated: **March 17, 2021**

/s/ A. MITCHELL GREENE
**A. MITCHELL GREENE**
Attorney for debtor(s)
**ROBINSON BROG LEINWAND GREENE GENOVESE &
GLUCK P.C.
875 THIRD AVENUE
New York, NY 10022**

**(212) 603-6300**