**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

In re:                                                                    Chapter 11

**DUPONT STREET DEVELOPERS, LLC,**              Case No.: 21-40664-NHL

                                       Debtor.
----------------------------------------------------------X

## AFFIRMATION PURSUANT TO LOCAL RULE 1007-4

**Bo Jin Zhu**, affirms as follows:

1. I am the manager of Dupont Street Developers, LLC (the "Debtor"), and am fully familiar with the facts set forth herein.

2. The Debtor owns the real property and improvements located at 49-55 Dupont Street, Brooklyn, New York (the "Property").

3. No pre-petition committee was organized prior to the Order for relief.

4. The Secured Creditors of the Debtor are as listed on Schedule D to the Petition.

5. A summary of the Debtor's assets and liabilities is set forth on the summary of schedules annexed to the petition.

6. The names and addresses of the twenty largest unsecured creditors, excluding insiders, appears on Schedule "A" to this affidavit.

7. All suits or proceedings in which the Debtor is named as a party are listed in the Debtor's Statement of Financial Affairs.

8. The Debtor has filed to enable it to effectuate the sale of its Property, monetize its value without the interference from parties making not genuine claims against it through approval of a plan and pursuant to a valid court order.

9. The Debtor has no income and will be seeking to sell its Property as soon as practicable and fund all post-petition expenses, if any as well as creditor distributions from the sale proceeds.

**DUPONT STREET DEVELOPERS, LLC**

**By:** ___/s/ Bo Jin Zhu_____
**BO JIN ZHU**
**MANAGER**

# SCHEDULE A

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **DUPONT STREET DEVELOPERS LLC** | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** | ☐ Check if this is an amended filing |
| Case number (if known): | **21-40664** | |

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Baker & Hostetler** **45 Rockefeller Plaza** **New York, NY 10111** | | | | | | **$7,500.00** |
| **Becker, Glynn, Muffly, Chassin & Hosinski LLP** **299 Park Ave** **New York, NY 10171** | | | | | | **$113,857.55** |
| **DuPont Realty NY LLC** **199 Lee Avenue** **PO Box 693** **Brooklyn, NY 11211** | | **Deposit for Contract of Sale** | **Disputed** | | | **$3,000,000.00** |
| **Haley & Aldrich of NY** **237 West 35th Street** **16th Floor** **New York, NY 10123** | | | | | | **$87,637.50** |
| **Interior Development Consulting LLC** **92 Eagle St., #2R** **Brooklyn, NY 11222** | | | | | | **$650,000.00** |
| **Jeffrey P. Sharkey PLLC** **2564 Aster Place South** **Westbury, NY 11590** | | | | | | **$123,194.50** |
| **NYC DEPT. OF FINANCE** **345 ADAMS STREET, 3RD FL.** **ATTN:  LEGAL AFFAIRS** **Brooklyn, NY 11201** | | | | | | **$23,558.63** |