# Exhibit A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In Re:                                            :
                                                  :    Case No. 19-43441 (NHL)
41-23 Haight Street Realty, Inc.,                 :
                                                  :    Chapter 11
                                                  :
                                    Debtor.       :
                                                  :
                                                  :
-------------------------------------------------------- x

## APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for Region 2, under 11 U.S.C.

sections 1102(a) and (b), hereby appoints the following creditors to the Official Committee of

Unsecured Creditors of *41-23 Haight Street Realty, Inc.*:


1.      Wei Zhu
        10 Henry Lane
        Hilton Head Island, South Carolina 29928
        tel: (843) 422-2509


2.      Matthew Krepil
        62 Westchester Drive
        Rocky Point, New York 11778
        tel: (631) 987-6581

3.      LDWS LLC
        45-15 215th Street
        Bayside, New York 11361
        tel: (214) 837-9648
        Attn: Wendy Win Qin Lu


Dated: West Orange, New Jersey
       July 17, 2020

                                        Respectfully submitted,

                                        WILLIAM K. HARRINGTON
                                        UNITED STATES TRUSTEE, REGION 2

                        By:     */s/ Nazar Khodorovsky*
                                Nazar Khodorovsky
                                Trial Attorney
                                201 Varick Street, Suite 1006
                                 New York, New York 10014
                                Tel. No. (212) 510-0500