# Exhibit D

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **41-23 HAIGHT STREET REALTY, INC.,** | **Case No. 19-43441-nhl** |
| **Debtor.** | |

### ORDER GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION TO AUTHORIZE CHANGE OF CASE CAPTION

Upon the motion (the "Motion")[1] of the Official Committee of Unsecured Creditors, seeking entry of an order pursuant to section 105(a), Rules 1005, 2002(m), and 2002(n) of Title 11 of the United States Code, and Local Rules 1005-2 & 9004-2, seeking to amend the caption in this chapter 11 case to "41-23 Haight Realty Inc. a/k/a 41-23 Haight Street Realty, Inc."; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the hearing held on December 1, 2020 at which Scott J. Bogucki, Esq. appeared on behalf of the Official Committee of Unsecured Creditors, Reema Lateef, Esq. appeared on behalf of the Office of the United States Trustee, and Gary F. Herbst, Esq. appeared on behalf of the Trustee, after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that, the Motion is granted as set forth herein; and it is further

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

ORDERED that, effective as of the date of the entry of this Order, the caption in this case

is amended as set forth below:

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **41-23 HAIGHT REALTY INC.,**<br>**a/k/a 41-23 HAIGHT STREET REALTY, INC.,** | **No. 19-43441-nhl** |
| **Debtor.** | |

AND IT IS FURTHER ORDERED that, the Court shall retain jurisdiction with respect to

all matters arising from or related to the implementation of this Order.



**Dated: December 4, 2020
Brooklyn, New York**

**Nancy Hershey Lord
United States Bankruptcy Judge**

2

**Information to identify the case:**

Debtor

**41–23 Haight Street Realty, Inc.**

Name

EIN   **27–1882407**

United States Bankruptcy Court   **Eastern District of New York**

Case number:   **1–19–43441–nhl**

Date case filed for chapter   **11   6/4/19**

# NOTICE OF AMENDED CAPTION (NAME)

**NOTICE IS HEREBY GIVEN THAT:**

The above–captioned debtor(s) having filed a petition in bankruptcy under Chapter 11 of the United States Bankruptcy Code on June 4, 2019, and an order having been signed by the Honorable Nancy Hershey Lord on December 4, 2020, amending the caption,

The caption is amended as set forth below:

IN RE:

41–23 Haight Realty Inc.
a/k/a 41–23 Haight Street Realty,
Inc.

Social Security/Individual Taxpayer
ID/Taxpayer ID/Employer ID No.:
  27–1882407

DEBTOR(s)

CASE NO: 1–19–43441–nhl

CHAPTER: 11

Notice is further given that the credit reporting agencies Equifax, Experian and Trans Union Corporation are directed to change their records to reflect the correct caption of the bankruptcy case filed by the above–named debtor(s).

Dated: December 7, 2020

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnac.jsp** [Notice of Amended Caption (Name) 07/09/18]

# Notice Recipients

District/Off: 0207−1                    User: smoore                    Date Created: 12/7/2020
Case: 1−19−43441−nhl                    Form ID: 230                    Total: 95

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
9740027     Xing Ju Lin

                                                                                    TOTAL: 1

**Recipients of Notice of Electronic Filing:**
tr          Gregory Messer          gremesser@aol.com
aty         Gary F. Herbst          gh@lhmlawfirm.com
aty         Holly R. Holecek        hrh@lhmlawfirm.com
aty         Jacqulyn Somers Loftin          jsl@lhmlawfirm.com
aty         Victor Tsai             ourlawyers@aol.com

                                                                                    TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          41−23 Haight Street Realty, Inc.          c/o J Developments          87−10 Queens Blvd          Elmhurst, NY 11373
aty         LaMonica Herbst & Maniscalco, LLP          3305 Jerusalem Avenue          Wantagh, NY 11793
smg         United States of America          Secretary of the Treasury          15th Street & Pennsylvania Ave.
            NW          Washington, DC 20220
smg         NYS Unemployment Insurance          Attn: Insolvency Unit          Bldg. #12, Room 256          Albany, NY 12240
smg         NYS Department of Taxation & Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205
smg         Internal Revenue Service          PO Box 7346          Philadelphia, PA 19101−7346
smg         NYC Department of Finance          345 Adams Street          Office of Legal Affairs          Brooklyn, NY 11201−3719
smg         Office of the United States Trustee          Eastern District of NY (Brooklyn Office)          U.S. Federal Office
            Building          201 Varick Street, Suite 1006          New York, NY 10014
smg         Equifax          P.O. Box 105873          Atlanta, GA 30348−5873
smg         Experian          P.O. Box 9701          Allen, PA 75013
smg         Trans Union Corporation          P.O. Box 1000          Chester, PA 19016−1000
9813858     41 Haight Realty, LLC,          c/o Wilk Auslander LLP          1515 Broadway, 43rd Floor          New York, NY
            10036
9734633     41−31 Haight Street Lender LLC          c/o Katsky Korins LLP          606 Third Avenue          New York, NY
            10158          Attention: Steven H. Newman Esq.
9623250     41−31 Haight Street Lender, LLC          c/o Katsky Korins LLP          605 Third Avenue          New York, New York
            10158
9740477     77 Shi Inc          62−49 Ellwell Ave          Rego Park, NY 11374
9740626     8622 Broadway          Queens NY 11373
9740614     8622 Broadway 2nd floor          Queens NY 11373
9739691     A&T Engineering, P.C.          164−09 NORTHERN BLVD. 2FL          FLUSHING, NY 11358
9739638     A&T Engineering, P.C.          c/o Huang. Chen & WU Law Group, P.C.          38−08 Union Street, Suite
            9B          Flushing NY 11354
9623397     Barry Salzman          Barasch McGarry Salzman & Penson          11 Park Place − 18th Floor          New York, NY
            10007
9724302     Bing Wen Lin          c/o Geng & Associatse, P.C.          39−07 Prince St Ste 3E          Flushing, NY 11354
9823573     Chen Xia Liu and Chen Hua Liu          c/o Bodner Law PLLC          40 Cutter Mill Road, Suite 301          Great Neck,
            New York 11021
9739592     Chun Yin Chen          c/o Geng & Associates, P.C.          39−07 Prince St Ste 3E          Flushing, NY 11354
9724300     Feng Lin          c/o Geng & Associatse, P.C.          39−07 Prince St Ste 3E          Flushing, NY 11354
9739159     Grand Investment LLC          c/o Trop Law Group LLP          19−02 Whitestone Exp., Ste. 103          Whitestone,
            New York 11357
9739343     Grand Investment LLC          c/o Trop Law Group LLP          19−02 Whitestone Exp., Ste. 103          Whitestone,
            New York 11357
9625277     Inga Xue−Hua Liu          c/o Law Office of Ricardo Morel, Esq.          39−15 Main Street, Suite 318          Flushing,
            NY 11354
9693613     Internal Revenue Service          P.O. Box 7346          Philadelphia, PA 19101−7346
9724303     Jian Feng LLC          c/o Geng & Associatse, P.C.          39−07 Prince St Ste 3E          Flushing, NY 11354
9860407     LDWS LLC          45−15 215th Street          Bayside, New York 11361          tel: (214) 837−9648          Attn: Wendy
            Win Qin Lu
9617831     LDWS LLC          c/o 3915 Main Street          Suite 318          Flushing, NY 11354
9620092     LDWS LLC          c/o Law Office of Ricardo Morel, Esq.          39−15 Main Street, Suite 318          Flushing, NY
            11354
9737441     Lam Kam Ho Holand Development LLC          c/o Geng & Associates, P.C.          39−07 Prince St Ste
            3E          Flushing, NY 11354
9854914     Leo V. Leyva, Esq.          COLE SCHOTZ P.C.          1325 Avenue of the Americas, 19th Fl          New York, NY
            10019
9710253     Li Fang Zheng          33 Frost Street          Westbury, New York 11590
9707646     Li Fang Zheng          c/o Weinberg, Gross & Pergament LLP          400 Garden City Plaza − Suite 403          Garden
            City, New York 11530
9855139     Ling Xiang Xu          c/o Cole Schotz P.C.          1325 Avenue of the Americas, 19th Floor          New York, NY
            10019
9854969     M. David Graubard, Esq.          7118 Main Street          Flushing, NY 11367

| | | | | |
|---|---|---|---|---|
| 9739776 | Marisa Wong and Marcus Wong | Pryor & Mandelup, L.L.P. | 675 Old Country Road | Westbury, NY 11590    Attn.: Anthony Giuliano, Esq. |
| 9739348 | Marisa Wong and Yao–Chong A. Wu | Pryor & Mandelup, L.L.P. | 675 Old Country Road | Westbury, NY 11590    Attn.: Anthony Giuliano, Esq. |
| 9739778 | Marisa Wong and Yao–Chong A. Wu | Pryor & Mandelup, L.L.P. | 675 Old Country Road | Westbury, NY 11590    Attn.: Anthony Giuliano, Esq. |
| 9769217 | Marisa Wong, Marcus Wong and Yao–Chong A. Wu | c/o Pryor & Mandelup, L.L.P. | 675 Old Country Road    Westbury, NY 11590 | |
| 9617896 | Matthew Krepil | 62 Westchester Drive | Rocky Point, New York 11778 | |
| 9624084 | Matthew Krepil | c/o Barasch McGarry Salzman & Penson | 11 Park Place | 18th Floor    New York, NY 10007 |
| 9735166 | Matthew Krepil | c/o Barasch McGarry Salzman & Penson | 11 Park Place, 18th Floor | New York, NY 10007 |
| 9740029 | Mei Fung Stella Leung | c/o Geng & Associates, P.C. | 39–07 Prince St, Ste 3E | Flushing, NY 11354 |
| 9740026 | Mei Yan Liu | c/o Geng & Associates, P.C. | 39–07 Prince St, Ste 3E | Flushing, NY 11354 |
| 9625278 | Mei Yan Liu | c/o Law Office of Ricardo Morel, Esq. | 39–15 Main Street, Suite 318 | Flushing, NY 11354 |
| 9855161 | Mei Yang Ko | c/o M. David Graubard, Esq. | 7118 Main Street | Flushing, NY 11367 |
| 9724305 | Min Dong Wen | c/o Geng & Associatse, P.C. | 39–07 Prince St Ste 3E | Flushing, NY 11354 |
| 9726474 | Min Dong Weng | c/o Geng & Associates, P.C. | 39–07 Prince St Ste 3E | Flushing, NY 11354 |
| 9712803 | NYC Department of Finance | Tax, Audit, and Enforcement Division | 375 Pearl Street | New York, NY 10038    Attn: Bankruptcy Unit |
| 9719739 | NYC Office of Administrative Trials and Hearings | 100 Church St., 12th Fl. | New York, NY 10007 | |
| 9723592 | NYC Water Board | Andrew Rettig | Assistant Counsel | 59–17 Junction Blvd, 13th Floor    Elmhurst, NY 11373–5 |
| 9719738 | Nicholas Dietz | NYC Office of Administrative Trials and Hearings | 100 Church St, 12th Fl. | New York, NY 10007 |
| 9854919 | Nolan E. Shanahan, Esq. | COLE SCHOTZ P.C. | 1325 Avenue of the Americas, 19th FL | New York, NY 10019 |
| 9692425 | Norman Lee | 20 Confucius Plaza 32A | New York, NY 10002 | |
| 9860299 | Official Committee of Unsecured Creditors | c/o Gleichenhaus, Marchese & Weishaar | 43 Court Street, Suite 930    Buffalo, New York 14202 | |
| 9623398 | Ricardo R Morel | Law Office of Ricardo Morel, Esq. | 39–15 Main Street | Suite 318    Flushing, NY 11354 |
| 9739594 | Rihong Zhang | c/o Geng & Associates, P.C. | 39–07 Prince St Ste 3E | Flushing, NY 11354 |
| 9740025 | Rui Jin Wang | c/o Geng & Associates, P.C. | 39–07 Prince St, Ste 3E | Flushing, NY 11354 |
| 9625279 | Rui Jin Wang | c/o Law Office of Ricardo Morel, Esq. | 39–15 Main Street, Suite 318 | Flushing, NY 11354 |
| 9854331 | Selena Chau | c/o Wilk Auslander LLP | 1515 Broadway, 43rd Floor | New York, NY 10036 |
| 9724301 | Shi Yong Lin | c/o Geng & Associatse, P.C. | 39–07 Prince St Ste 3E | Flushing, NY 11354 |
| 9623396 | Sylvia Pihui Tsai | Geng & Assocaites, P.C. | 39–07 Prince Street | Suite 3E    Flushing, NY 11354 |
| 9617898 | T.8.J. LLC | c/o 3915 Main Street | Suite 318 | Flushing, NY 11354 |
| 9620158 | T.8.J. LLC | c/o Law Office of Ricardo Morel, Esq. | 39–15 Main Street, Suite 318 | Flushing, NY 11354 |
| 9853574 | Tu Kang Yang | c/o Wilk Auslander LLP | Attn: Eloy A. Peral | 1515 Broadway, 43rd Floor    New York, NY 10036 |
| 9739562 | Urban Architectural Design PC | c/o Geng & Associates, P.C. | 39–07 Prince St Ste 3E | Flushing, NY 11354 |
| 9710879 | Wei X. Chen | 2 Weldon Circle | Hainesport, New Jersey 08036 | |
| 9707640 | Wei Xin Chen | c/o Weinberg, Gross & Pergament LLP | 400 Garden City Plaza – Suite 403 | Garden City, New York 11530 |
| 9828485 | Wei Zhu | 10 Henry Lane | Hilton Head Island, SC 29928 | |
| 9828483 | Wei Zhu | c/o Christopher J. Baum, Esq. | 35–32 29th Street, Suite 3R | Long Island City, New York 11106 |
| 9617823 | Wen Mei Wang | aka Amy Johnson | 3493 Shores Road | Murfreesboro, TN 37128 |
| 9613700 | Wen Mei Wang a/k/a Amy Johnson | 3493 Shore Road | Murfreesboro TN 37128–0000 | |
| 9700524 | XUE FEI LIU | c/o Law Office of Ricardo Morel | 39–15 Main Street – Suite 318 | Flushing, NY 11354 |
| 9700522 | XUE HUA LIU | c/o Law Office of Ricardo Morel | 39–15 Main Street – Suite 318 | Flushing, NY 11354 |
| 9700523 | XUE MEI CHEN | c/o Law Office of Ricardo Morel | 39–15 Main Street – Suite 318 | Flushing, NY 11354 |
| 9613715 | Xian Kang Zhang | 607 Lillard Road | Murfreesboro TN 37128–0000 | |
| 9740028 | Xing Ju Lin | c/o Geng & Associates, P.C. | 39–07 Prince St, Ste 3E | Flushing, NY 11354 |
| 9724299 | Xiu Chen | c/o Geng & Associatse, P.C. | 39–07 Prince St Ste 3E | Flushing, NY 11354 |
| 9625276 | Xue Fei Lu | c/o Law Office of Ricardo Morel, Esq. | 39–15 Main Street, Suite 318 | Flushing, NY 11354 |
| 9625274 | Xue Mei Chen | c/o Law Office of Ricardo Morel, Esq. | 39–15 Main Street, Suite 318 | Flushing, NY 11354 |
| 9739593 | YBL NY Inc | c/o Geng & Associates, P.C. | 39–07 Prince St Ste 3E | Flushing, NY 11354 |
| 9740030 | Yi Shou Jiang | c/o Geng & Associates, P.C. | 39–07 Prince St, Ste 3E | Flushing, NY 11354 |
| 9625275 | Yi Shou Jiang | c/o Law Office of Ricardo Morel, Esq. | 39–15 Main Street, Suite 318 | Flushing, NY 11354 |
| 9613724 | Yu Qing Wang | 3720 Gus Thomason Road | #305 | Mesquite TX 75150–0000 |
| 9737442 | Yungwa Ho | c/o Geng & Associates, P.C. | 39–07 Prince St Ste 3E | Flushing, NY 11354 |
| 9724304 | Zi Ying Chen | c/o Geng & Associatse, P.C. | 39–07 Prince St Ste 3E | Flushing, NY 11354 |

TOTAL: 89