# **EXHIBIT B**

| | |
|---|---|
| **From:** | Jerry Feuerstein |
| **To:** | Tisman, Stephen E.; Antonoff, Rick; Dov Tratner |
| **Cc:** | A. Mitchell Greene; Robert M. Sasloff |
| **Subject:** | Dupont |
| **Date:** | Tuesday, March 9, 2021 6:16:47 PM |

This email was sent by someone outside your organization.

Steve, Rick and Dov:

I am writing to advise you that our client will not be financing your client's acquisition of the above referenced property.    Please be guided accordingly.

Jerold C. Feuerstein, Esq.

Kriss & Feuerstein LLP

360 Lexington Avenue, Suite 1200

New York, NY 10017

Voice: 212-661-2900 ext. 4110

Direct Fax: 646-454-4150

Main Fax: 212-661-9397

email: jfeuerstein@kandfllp.com

NOTICE:

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender at 212-661-2900 or by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.
IRS CIRCULAR 230 DISCLOSURE: To comply with IRS Regulations, we inform you that any discussion of U.S. federal tax issues in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market, or recommend to another party any transaction or matter addressed herein.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.