# **EXHIBIT C**

# ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
## 875 THIRD AVENUE
## NEW YORK, NEW YORK 10022

Robert M. Sasloff
212-603-6329
rms@robinsonbrog.com

March 16, 2021

**VIA EMAIL YOEL@ALLYEARMGT.COM**
Mr. Yoel Goldman
DuPont Realty NY LLC
199 Lee Avenue
PO Box 693
Brooklyn, NY 11211


RE::  Termination Notice - Contract of Sale Dated March 30, 2018
    Seller:       DuPont Street Developers, LLC
    Purchaser:   DuPont Realty NY LLC
    Premises:   280 Franklin Street, Brooklyn, NY
                    10, 14 , 22, 26, 30 and 32 Clay Street, Brooklyn, NY
                    55, 57 and 93 DuPont Street, Brooklyn, NY
                    (Block 2487; Lots 1, 10, 12, 17, 18, 20, 21, 72, 78 and 57)

Dear Mr. Goldman:

Please be advised, Seller does hereby terminate the above referenced Contract.  As you know, the Closing Date in the Contract was set to occur 120 days from March 30, 2018; which was on July 28, 2018.  As we are well past that date, and Purchaser remains unable to obtain the necessary financing in order to close on the contemplated purchase, Purchaser is in default of the Contract, entitling Seller to terminate the Contract and retain the Contact Deposit as liquidated damages.

Very truly yours,

**/s/Robert M. Sasloff**

RMS:tef
cc:  Dov Tratner, Esq. *via email: dtratner@tratnerlaw.com*

{01094389.DOCX;1 }