

June 27, 2022

rsasloff@leechtishman.com
(212) 603-6321

**VIA ECF**
Honorable Nancy Hershey Lord
United States Bankruptcy Court,
Eastern District of New York
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Suite 1595
Brooklyn, New York 11201

**Re:**    In re DuPont Street Developers, LLC, Case No. 21-40664-nhl

Dear Judge Lord:

This letter confirms that all matters including the status conference scheduled for June 28, 2022 have been adjourned, on consent, to **August 21, 2022 at 11:00 a.m.**

Please have your chambers contact me with any questions.

Very truly yours,

/s/ Robert M. Sasloff

Robert M. Sasloff

LEECH TISHMAN ROBINSON BROG, PLLC

875 Third Avenue, 9th Floor  |  New York, New York 10022  |  T: 212.603.6300  |  F: 212.956.2164

LEECHTISHMANRB.COM

{01154656.DOCX;2 }