

Robert M. Sasloff<br>
Direct Dial: 212-603-6329<br>
Rsasloff@leechtishman.com

September 12, 2022

<u>VIA ECF</u>

**TO ALL INTERESTED PARTIES:**

    RE:  Dupont Street Developers LLC
          <u>Case No. 21-40664-nhl</u>

Based upon a conversation between Nazar Khodorovsky and I today, it is agreed that the 341 Meeting in this Confirmed Chapter 11 case scheduled or Friday, September 16, 2022 shall not be going forward, but rather the meeting shall be considered closed.

    Should you have any questions, please do not hesitate to contact me.

Very truly yours,<br><br>
<b>/S/Robert M. Sasloff</b><br>
Robert M. Sasloff

RMS:tef

LEECH TISHMAN ROBINSON BROG, PLLC

875 Third Avenue, 9th Floor | New York, NY 10022 | T: 212.603.6300 F: 212.956.2164

LEECHTISHMANRB.COM

4853-5824-1843, v. 1